An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY JON DEHART,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62757

FILED

SEP 1 8 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of luring children. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

First, appellant Tony Jon Dehart contends that the district court abused its discretion at sentencing by declining to follow the recommendation of Parole and Probation because "[t]hey are the experts." The district court has wide discretion at sentencing, *Parrish v. State*, 116 Nev. 982, 988, 12 P.3d 953, 957 (2000), and does not abuse that discretion by declining to follow sentencing recommendations, *Collins v. State*, 88 Nev. 168, 171, 494 P.2d 956, 957 (1972). Dehart's sentence of 48-120 months falls within the parameters provided by statute, NRS 201.560(4)(a), and Dehart does not allege that the district court relied on impalpable or highly suspect evidence, *see Silks v. State*, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976). We conclude that the district court did not abuse its discretion.

Second, Dehart contends that the judgment of conviction is void because it was filed more than 10 days after the district court announced its decision in violation of NRAP 4(b)(5)(A). Although it appears that the written judgment of conviction was filed late, Dehart

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27760

fails to allege or demonstrate any prejudice resulting from the untimely filing and we conclude that no relief is warranted. Accordingly, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:     Hon. Michael Montero, District Judge
        Humboldt County Public Defender
        Attorney General/Carson City
        Humboldt County District Attorney
        Humboldt County Clerk

---

[1]Although we filed Dehart's fast track statement, it fails to comply with the Nevada Rules of Appellate Procedure because it is not double-spaced. *See* NRAP 3C(h)(1); NRAP 32(a)(4). We caution counsel, Matt Stermitz, that future failure to comply with the Nevada Rules of Appellate Procedure may result in the imposition of sanctions. *See* NRAP 3C(n).